No. 72–6272.  HIGGS v. SCHLESINGER, DIRECTOR, CENTRAL INTELLIGENCE AGENCY, ET AL.  Motion for leave to file petition for writ of certiorari denied.

No. 72–6348.  IN RE STYPMANN;

No. 72–6407.  MAJCHSZAK, AKA MAJORS v. UNITED STATES;

No. 72–6421.  LODDY v. WYOMING ET AL.; and

No. 72–6437.  HAWKINS v. MEACHAM, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 72–1171.  GARNER v. CHAMBERS, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL.  Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 72–1058.  O'BRIEN ET AL. v. SKINNER, SHERIFF, ET AL.  Appeal from Ct. App. N. Y.  Probable jurisdiction noted.

No. 72–1125.  ALLEE ET AL. v. MEDRANO ET AL.  Appeal from D. C. S. D. Tex.  Probable jurisdiction noted.

No. 72–1019.  SEA-LAND SERVICES, INC. v. GAUDET, ADMINISTRATRIX.  C. A. 5th Cir.  Certiorari granted.

No. 72–1195.  AMERICAN PIPE & CONSTRUCTION Co. ET AL. v. UTAH ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 72–1168.  UNITED STATES v. MAZE.  C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.